# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Atty. Daniel J. Solmen  **Case Number:** 19–40977–rk

**Debtor(s):** William James Slomcheck  **Judge:** RUSS KENDIG
Anna–Marie H. Dolansky–Slomcheck

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Chapter 13 Plan (Doc. #14)

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
☐ Attachments missing or incorrectly filed.
☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
☐ Certificate of service indicating name and address of parties served and date of service required.
☐ Exhibit A not attached.
☐ Form B121 required.
☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
☐ Signature Declaration missing.
☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
☐ Incorrect PDF Attached.
☐ No Means Testing Form
☒ Other. See Comments/Instructions.

**Comments/Instructions:**
Plan Must Be Served On All Creditors And A Certificate Of Service Filed Pursuant To General Order 17–1 Dated October 31, 2017

Deputy Clerk: **Betsy Faunda**
Date: **6/6/2019**
Form ohnb141