IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIAM J. SLOMCHECK | ) | CASE NO.19-40977 |
| | ) | |
| ANNA-MARIA H. DOLANSKY-SLOMCHECK | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtors | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| | ) | **FOR SERVICE OF PAPERS** |

Please take notice that Cynthia A. Jeffrey of Reimer Law Co., hereby enters her appearance as attorney for PENNYMAC LOAN SERVICES, LLC, in the above proceeding and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

REIMER LAW CO.
Cynthia A. Jeffrey, ESQ.
30455 SOLON ROAD
SOLON, OHIO 44139

Please take further notice that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, or otherwise.

Date: June 11, 2019

                                                /s/ Cynthia A. Jeffrey
Reimer Law Co.
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
Richard J. LaCivita #0072368
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
cjeffrey@reimerlaw.com

CERTIFICATE OF SERVICE

I certify that on June 11, 2019, a true and correct copy of the Notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Office of the U.S. Trustee at (Registered address)@usdoj.gov

Michael A. Gallo on behalf of the Chapter 13 Trustee's office
mgallo@gallotrustee.com

Ursula P. Shugart, Esq. on behalf of William J. Slomcheck, Debtor
shugartlaw@yahoo.com

And by regular U.S. mail, postage prepaid, to:

William J. Slomcheck
Anna-Maria H. Dolansky-Slomcheck,
Debtors
2333 Oak Trace Street
Youngstown, OH 44515

Mahoning County Treasurer
120 Market Street
Youngstown, Ohio 44503

Midland Funding, LLC
2365 Northside Dr., Ste 300
San Diego, CA 92108

Michael Kohut
35913 Westminster Ave
North Ridgeville, OH 44039

Youngstown Ohio Hospital Co., LLC
500 Gypsy Lane
Youngstown, OH 44504

/s/ Cynthia A. Jeffrey
Reimer Law Co.
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
Richard J. LaCivita #0072368
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
cjeffrey@reimerlaw.com