UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 PROCEEDINGS |
| WILLIAM SLOMCHECK | ) | |
| | ) | CASE NO:  19-40977 |
| ANNA-MARIE DOLANSKY-SLOMCHECK | ) | |
| | ) | RUSS KENDIG |
| DEBTORS | ) | U.S. Bankruptcy Judge |
| | ) | |

## MOTION TO DISMISS

NOW COMES Michael A. Gallo, the Standing Chapter 13 Trustee and states that the debtor is in default under the terms of the plan, for the reason that the payments required by the plan have not been made and that a showing has not been made of any just cause for default.

WHEREFORE, the Trustee requests that this case be dismissed pursuant to Section 1307(c) of the Bankruptcy Code, together with such other and further relief to which this court deems proper.

DATED this 22th day of /October, 2019.

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
Phone: (330) 743-1246

## NOTICE OF MOTION TO DISMISS CASE

**MICHAEL A. GALLO, the Standing Chapter 13 Trustee,** has filed papers with the Court to have this bankruptcy case dismissed.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss this bankruptcy case, or if you want the court to consider your views on the motion to dismiss this case, then on or before **NOVEMBER 14, 2019**, you or your attorney must file with the Court an objection to the motion to dismiss at:

Clerk of Court
United States Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street
Youngstown, OH 44503

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Michael A. Gallo, Chapter 13 Trustee
5048 Belmont Avenue
Youngstown, OH 44505

You must also attend a hearing on the motion to dismiss this case on **NOVEMBER 21, 2019 AT 1:45 PM** at:

United States Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street, 3rd Floor
Youngstown, OH 44503

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: October 22, 2019                    /s/ Michael A. Gallo
                                           Michael A. Gallo, Chapter 13 Trustee
                                           5048 Belmont Avenue
                                           Youngstown, OH 44505

## CERTIFICATE OF SERVICE

   I certify that on October 22, 2019, a true and correct of the within Trustee's Motion to Dismiss and Notice of Hearing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

   DANIEL J. SOLMEN, ESQ. at dansolmen@yahoo.com
   OFFICE OF THE UNITED STATES TRUSTEE at (Registered address)@usdoj.gov.

And by regular U.S. mail, postage prepaid, on:

   WILLIAM SLOMCHECK
   ANNA-MARIE DOLANSKY-SLOMCHECK
   2333 OAK TRACE STREET
   YOUNGSTOWN,OH 44515-
   DEBTORS

         By: /s/ MICHAEL A. GALLO
         MICHAEL A. GALLO, TRUSTEE